**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| HERBERT WIGGINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-228 |
| | § | |
| ERIC GUERRERO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Herbert Wiggins, a prisoner confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Eric Guerrero, Bryan Collier, the Director of the University of Texas Medical Branch (UTMB), Bradley Wilson, Allen Dorsey, Dr. Linder, and H. Glover.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the claims against Eric Guerrero, Bryan Collier, and the Director of the UTMB pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.  Plaintiff has not shown that Defendants Guerrero, Collier, or the Director of UTMB were personally involved in his dental care.  Further, the alleged failure to investigate Plaintiff's complaints about his dental care does not rise to the level of a constitutional violation.

## ORDER

Accordingly, Plaintiff's objections (#15) are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge (#12) is **ADOPTED**. Defendants Eric Guerrero, Bryan Collier, and the Director of the UTMB are **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 14th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE